USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA                    :
:
          -against-                    :       21-CR-603 (VEC)
:
:                  ORDER
WILLIAM BYNUM,                              :
                      Defendant.     :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 7, 2023, the parties requested that the Court schedule a change of plea hearing in this matter.

IT IS HEREBY ORDERED that Mr. Bynum's change of plea hearing will be held on **Monday, March 20, 2023, at 2:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: March 7, 2023**
      **New York, NY**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**