USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

WILLIAM BYNUM and RONALD GLEN DAVIS,

Defendants.

------------------------------------------------------------ X

21-CR-603 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 20, 2023, the parties appeared before the Undersigned for a final pretrial conference and arraignment on the Superseding Indictment (S9).

IT IS HEREBY ORDERED that jury selection will begin at **10:00 A.M. on Tuesday, October 24, 2023**, in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that the Defendants must provide the Court with a list of people and places that may be mentioned during the trial (other than people or places already listed by the Government) for *voir dire* by **9:00 A.M. on Monday, October 23, 2023**.

IT IS FURTHER ORDERED that all parties' exhibit and witness lists, and the Defendants' Rule 16 discovery material, are due by **October 25, 2023, at 5:00 P.M.**  The Court encourages the Defendants and the Government to produce Rule 26.2 and 3500 material as promptly as possible.

IT IS FURTHER ORDERED that the parties must file all sealed exhibits and letter motions for which no motion to seal has been granted on the public docket, with personally identifying information redacted, by **October 23, 2023**.

**SO ORDERED.**

**Dated: October 20, 2023**
   **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**