```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/02/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA          :

        -against-                      :

   WILLIAM BYNUM and RONALD GLEN   :    21-CR-603 (VEC)
   DAVIS,
                                               :        ORDER
                         Defendants.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the Defendants' response to the Government's October 30, 2023, motions *in limine*, Dkt. 1111, is due by **Friday, November 3, 2023, at 5:00 P.M.**

      IT IS FURTHER ORDERED that Mr. Davis's opposition to the National Basketball Association Health and Welfare Plan's motion to quash, Dkt. 1125, is due **Saturday, November 4, 2023, at 12:00 P.M.**  The Court will hold oral argument on the motion to quash at **5:15 P.M. on Monday, November 6, 2023**, in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

      IT IS FURTHER ORDERED that the Government's supplemental brief regarding the Defendants' good faith defense is due by **Saturday, November 4, 2023, at 12:00 P.M.**  The Defendants' opposition is due by **Sunday, November 5, 2023, at 6:00 P.M.**

      IT IS FURTHER ORDERED that Mr. Davis must submit stamped, electronic copies of the additional exhibits introduced today and not previously produced by **Friday, November 3, 2023, at 12:00 P.M.**

**SO ORDERED.**

Dated: November 2, 2023
      New York, NY

                                                                  _____
                                                                     **VALERIE CAPRONI**
                                                                     **United States District Judge**