USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :
       -against-                      :
                                      :
WILLIAM BYNUM and RONALD GLEN         :     21-CR-603 (VEC)
DAVIS,                                :
                                      :           ORDER
                       Defendants.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

   IT IS HEREBY ORDERED that not later than **Monday, November 6, 2023, at 5:00 P.M.**, the parties must file briefs on whether the Court may charge the jury that, as a matter of law, the NBA Plan is a health care benefit program.

**SO ORDERED.**

Dated: November 3, 2023
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**