```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA         :
                                 :
        -against-                :
                                 :
WILLIAM BYNUM,                   :       21-CR-603 (VEC)
                                 :
                    Defendant.   :       ORDER
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Mr. Bynum must inform the Court at **9:15 A.M. tomorrow, November 14, 2023**, whether he would prefer the Court deliver Version A or Version B of the draft of the final jury charge that was distributed to the parties tonight, November 13, 2023.

**SO ORDERED.**

Dated: November 13, 2023
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**

1