```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/16/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

UNITED STATES OF AMERICA                    :
                                                              :
            -against-                                    :
                                                              :
WILLIAM BYNUM and RONALD GLEN       :            21-CR-603 (VEC)
DAVIS,                                                   :
                                                              :                 ORDER
                              Defendants.         :
-------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 15, 2023, Mr. Bynum was found guilty of conspiracy to make false statements related to health care matters; and

WHEREAS on November 15, 2023, Mr. Davis was found guilty of wire fraud, health care fraud, conspiracy to commit health care fraud, and conspiracy to make false statements related to health care matters.

IT IS HEREBY ORDERED that Mr. Davis will be sentenced on **Monday, March 11, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Sentencing submissions are due on **February 26, 2024**.

IT IS FURTHER ORDERED that Mr. Bynum will be sentenced on **Tuesday, March 12, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Sentencing submissions are due on **February 27, 2024**.

IT IS FURTHER ORDERED that any post-trial motions are due on **November 29, 2023**. The Government's response to any post-trial motions is due **December 13, 2023**, and the Defendant's reply is due **December 20, 2023**.

**SO ORDERED.**

**Dated: November 16, 2023**
      **New York, NY**                                    _____
                                                                         **VALERIE CAPRONI**
                                                                  **United States District Judge**