MEMO ENDORSED



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/05/2023

December 5, 2023

**BY ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States v. William Bynum*, S9 21 Cr. 603 (VEC)

Dear Judge Caproni:

  On November 29, 2023, defendant William Bynum filed a motion for a judgment of acquittal, or, in the alternative, for a new trial, pursuant to Federal Rules of Criminal Procedure 29 and 33. (Dkt. 1182.) The Government respectfully requests that the Court set December 22, 2023 as the date for the Government to file its opposition brief.

            Respectfully Submitted,

            DAMIAN WILLIAMS
            United States Attorney

         by: /s/
            Ryan B. Finkel
            Daniel G. Nessim
            Assistant United States Attorneys
            (212) 637-6612 / 2486

---

Application GRANTED. The Government's deadline to respond to Defendant's post-trial motion is hereby extended from Wednesday, December 13, 2023, to **Friday, December 22, 2023**. Defendant's reply deadline is extended from Wednesday, December 20, 2023, to **Friday, January 5, 2024**.

SO ORDERED.

*[signature: Valerie Caproni]*

12/05/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE